**Fill in this information to identify the case:**

Debtor 1    Marlon Dale Hargis

Debtor 2    Vickie Darlene Hargis
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of Tennessee

Case number 3:12-bk-01450

---

Form 4100R

# Response to Notice of Final Cure Payment    12/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of Creditor:** U.S. Bank Trust, N.A., as Trustee for VOLT NPL IX Asset Holdings Trust

**Court claim no.** (if known): 7

**Last 4 digits** of any number you use to identify the debtor's account: 0009

**Property address:** 183 Jacksonian Drive
Number Street
Hermitage, TN 37076
City State ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ 0.00

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 05/23/2017
MM/DD/YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ 0.00

b. Total fees, charges, expenses, escrow, and costs outstanding:    +(b) $ 0.00

c. **Total**. Add lines a and b.    (c) $ 0.00

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    MM/DD/YYYY

Debtor1 <u>Marlon Dale Hargis</u>      Case number *(if known)* <u>3:12-bk-01450</u>
      First    Middle    Last

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ <u>/s/Jeremiah McGuire</u>      Date <u>06/09/2017</u>
   Signature

Print   <u>Jeremiah                          McGuire</u>      Title <u>Attorney</u>
       First Name    Middle Name    Last Name

Company  <u>Brock & Scott, PLLC</u>

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  <u>5050 Poplar Ave., Suite 1608</u>
        Number    Street

        <u>Memphis, TN 38157</u>
        City    State    ZIP Code

Contact phone  <u>901-969-0202</u>  Email <u>bankruptcy@brockandscott.com</u>

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the Response to Notice of Final Cure in the above captioned case were this day served upon the below named persons by mailing, postage prepaid, first class mail a copy of such instrument to each person(s), parties, and/or counsel at the addresses shown below:

Marlon Dale Hargis
183 Jacksonian Drive
Hermitage, TN 37076

Vickie Darlene Hargis
183 Jacksonian Drive
Hermitage, TN 37076

David Foster Cannon
346 21st Avenue North
Nashville, TN 37203-1848

Charles Ward Faquin
P.O. Box 60131
Nashville, TN 37206

Henry Edward Hildebrand, III
PO Box 340019
Nashville, TN 37203-0019


This the 9th day of June, 2017.

            /s/ Jeremiah McGuire
            Jeremiah McGuire
            Brock & Scott, PLLC
            5050 Poplar Ave, Suite 1608
            Memphis, TN 38157
            Ph: (901) 969-0202
            Fax: (901) 509-3852
            bankruptcy@brockandscott.com

Form 4100R             **Response to Notice of Final Cure Payment**            page **3**

Case 3:12-bk-01450   Doc 118   Filed 06/09/17   Entered 06/09/17 15:40:34   Desc Main Document     Page 3 of 3